No. 86–1501. CITY OF MCKEESPORT ET AL. *v.* CUNNINGHAM. C. A. 3d Cir. Certiorari denied.

No. 86–1511. BROWN *v.* MISSOURI PACIFIC RAILROAD CO. Sup. Ct. Mo. Certiorari denied.

No. 86–1513. PALMER ET AL. *v.* CITY OF CHICAGO ET AL. C. A. 7th Cir. Certiorari denied.

No. 86–1516. REKLAU *v.* MERCHANTS NATIONAL CORP. ET AL. C. A. 7th Cir. Certiorari denied.

No. 86–1517. SCHOOLER *v.* HARDER, SECRETARY OF SOCIAL AND REHABILITATION SERVICES, ET AL. Ct. App. Kan. Certiorari denied.

No. 86–1523. CHANDLER *v.* CHANDLER. C. A. 5th Cir. Certiorari denied.

No. 86–1531. EDWARDS *v.* UNITED STATES OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied.

No. 86–1532. FLORIDA *v.* STRONG. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 86–1534. APPLEGATE *v.* DEBROVIR, OAKES & GEBHARDT. C. A. D. C. Cir. Certiorari denied.

No. 86–1539. STATE LINE DELIVERY SERVICE, INC. *v.* RIVERA ET AL. Ct. App. N. Y. Certiorari denied.

No. 86–1540. CATHEY *v.* LOUISIANA. Ct. App. La., 5th Cir. Certiorari denied.

No. 86–1541. TOWNSHIP OF BRICK *v.* BLOCK 48–7 ET AL. Super. Ct. N. J., App. Div. Certiorari denied.

No. 86–1544. NU–CAR CARRIERS, INC. *v.* VARNUM. C. A. 11th Cir. Certiorari denied.